UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVON WILLIAM CRY, | No. 2:24-cv-0921 AC P |
| Petitioner, | |
| v. | ORDER |
| TAMMY L. CAMPBELL, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. However, petitioner has not filed an in forma pauperis application or paid the required filing fee ($5.00), see 28 U.S.C. §§ 1914(a); 1915(a), and the petition is not on the from used by this court. Because petitioner has not used the proper form for his petition, the petition is missing information identifying the conviction at issue. Petitioner will therefore be provided an opportunity to file an amended petition using the form provided and to submit either an application in support of a request to proceed in forma pauperis or the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days of the service of this order, petitioner shall submit an application in support of a request to proceed in forma pauperis or the appropriate filing fee.

2. Petitioner's application for writ of habeas corpus is dismissed with leave to amend. Petitioner shall file an amended petition within thirty days of the service of this order.

1

3. The amended petition must be filed on the form provided by this court, identify the conviction at issue, and state all grounds for relief that petitioner is seeking to pursue. It must bear the case number assigned to this action and must bear the title "Amended Petition."

4. Failure to comply with either part of this order will result in a recommendation that this action be dismissed.

5. The Clerk of the Court is directed to send petitioner the form for a petition for writ of habeas corpus under § 2254 and a copy of the in forma pauperis form used by this district.

DATED: April 1, 2024

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE