UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVON WILLIAM CRY,<br><br>          Petitioner,<br><br>     v.<br><br>TAMMY L. CAMPBELL,<br><br>          Respondent. | No.  2:24-cv-0921 TLN AC P<br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se.  On January 7, 2025, respondent filed a motion to dismiss the petition on the ground that it is a mixed petition because Claims One through Three are unexhausted.  ECF No. 15.  The court then issued a notice advising petitioner of the exhaustion requirement in habeas cases, directing him to file a response to the motion to dismiss, and informing him that he could file a motion for a stay with his response.  ECF No. 16.  Petitioner was cautioned that if he chose to file a motion for stay, he was still required to file a response to the motion to dismiss.  Id. at 3.

Petitioner has filed a motion to stay (ECF No. 17), but has not filed a response to the motion to dismiss and the time for doing so has passed.  Good cause appearing, petitioner will be given one more opportunity to respond to the motion to dismiss.  A response should state petitioner's position as to whether Claims One through Three are unexhausted.  If petitioner fails to respond to the motion to dismiss, it will be deemed a waiver of any opposition to the motion to

1

dismiss and may result in a recommendation that the motion to dismiss be granted in the event the motion for a stay is denied.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days after the service of this order, petitioner shall file and serve an opposition or statement of non-opposition to the pending motion to dismiss.

DATED: February 24, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE