UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVON WILLIAM CRY,<br><br>　　　　Petitioner,<br><br>　v.<br><br>PATWIN HORN,<br><br>　　　　Respondent. | No.  2:24-cv-0921-TLN-AC (P)<br><br>**ORDER** |

　　　　Petitioner Kavon William Cry ("Petitioner"), a state prisoner proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 ("the petition").  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On September 29, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  (ECF No. 27.)  Both parties have filed objections to the findings and recommendations.  (ECF Nos. 28, 30.)

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 27) are adopted in full;
2. Respondent's motion to dismiss (ECF No. 15) is DENIED as moot as to Claims One and Two and GRANTED as to Claim Three. Claim Three of the petition is DISMISSED as unexhausted.
3. Petitioner's motion for a stay (ECF No. 17) is DENIED as moot as to Claims One and Two and DENIED on the merits as to Claim Three;
4. This case proceeds on Claims One, Two, and Four of the first amended petition (ECF No. 5); and
5. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

IT IS SO ORDERED.

Date: December 15, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2